| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **JAMARIUS TAJEE ALLEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Without Prejudice (Doc. 15). For the reasons set forth in the United States's Motion, the Motion is **GRANTED**. The Court grants the United States leave to dismiss the Bill of Indictment in this case as to Defendant Jamarius Tajee Allen without prejudice.

**IT IS THEREFORE ORDERED** that the Government's Motion to Dismiss Without Prejudice, (Doc. No. 15), is **GRANTED**. The Court directs the Clerk of Court to certify and deliver copies of this Order to the parties, counsel of record, the United States Probation Office, and the United States Marshals Service.

**IT IS SO ORDERED.**          Signed: October 16, 2024

Frank D. Whitney
United States District Judge

1